FILED
10/26/2015 3:21:25 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2012-CI-13430

| | | |
|---|---|---|
| STEPHEN TORRES, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| | § | |
| | § | 10/27/2015 8:32:05 AM |
| v. | § | KEITH E. HOTTLE |
| | § | 45th JUDICIAL DISTRICT |
| | § | |
| | § | |
| CITY OF SAN ANTONIO and | § | |
| CHRISTOPHER CASALS, | § | |
| | § | BEXAR COUNTY, TEXAS |
| Defendants. | | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/27/2015 8:32:05 AM
KEITH E. HOTTLE
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE DISTRICT COURT JUDGE:

NOW COMES Plaintiff Stephen Torres and file this Plaintiff's Notice of Appeal and respectfully show the following:

1. The notice is of an appeal from the 45th Judicial District Court, Cause No. 2012-CI-13430.

2. The appeal is from the order granting summary judgment against plaintiff entered on October 26, 2015. That order disposed of all claims asserted by all Parties.

3. The Plaintiff desires to appeal.

4. The appeal is taken to the Fourth Court of Appeals – San Antonio.

5. This notice is filed by Plaintiff Stephen Torres.

PLAINTIFF'S NOTICE OF APPEAL– Page 1

Respectfully submitted,

_/s/ Colin Walsh_

Robert J. Wiley
Texas Bar No. 24013750
_Board Certified Specialist – Labor & Employment Law, Texas Board of Legal Specialization_
Colin Walsh
Texas Bar No. 24079538

ROB WILEY, P.C.
1011 San Jacinto Blvd., Ste. 401
Austin, TX 78701
Telephone: (512) 271-5527
Facsimile:  (512) 287-3084
E-mail: cwalsh@robwiley.com

## CERTIFICATE OF SERVICE

I certify that on October 26, 2015, I sent a true and correct copy of the foregoing to counsel for the City of San Antonio via e-filing.

_/s/ Colin Walsh_
Colin Walsh